UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-02183 (SK) | Date | January 4, 2018 |
|---|---|---|---|
| Title | Charles Gil v. Nancy A. Berryhill | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On August 31, 2017, the Court issued an Order Extending Briefing Schedule. (ECF No. 18). According to the adjusted briefing schedule, Plaintiff was to deliver to Defendant their portion of the joint submission on or before November 10, 2017. As of the date of this Order, however, Plaintiff has not provided his part of the joint submission to Defendant, nor has he filed a request for an extension of time to do so. (ECF No. 21).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **January 12, 2018**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by providing his portion of the joint submission to Defendant by no later than **January 12, 2018.** Any request for additional time shall not be granted absent a credible showing of good cause.

**Plaintiff is advised that the failure to file a timely response to this Order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.