JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GIL,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | CASE NO. 2:17-cv-02183-SK<br><br>**JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: July 9, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE