Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
Email: Scleidner@aol.com

Attorney for Plaintiff
CHARLES GIL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHARLES GIL ) | No. 2-17-v-2183 SK |
| ) | |
| Plaintiff ) | ORDER AWARDING |
| ) | ATTORNEY FEES PURSUANT |
| vs. ) | TO THE EQUAL ACCESS TO |
| ) | JUSTICE ACT (EAJA} |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

attorney fees under EAJA in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and 00/100 cents ($3,500.00 as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation

DATED: October 19, 2018

**STEVE KIM**
U.S. Magistrate Judge